**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 97-1111**

-----

WARREN I. JACKSON,

Plaintiff - Appellant,

versus

NCT CORPORATION AND PFS CORPORATION, a joint
venture, d/b/a Hoechst Celanese Polyester
Intermediates,

Defendant - Appellee,

and

HOECHST-CELANESE OF WILMINGTON, formerly doing
business as Cape Industries,

Defendant.

-----

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Wilmington.  James C. Fox, District
Judge.  (CA-95-175-7-F)

-----

Submitted:  April 16, 1998          Decided:  April 28, 1998

-----

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

-----

Affirmed by unpublished per curiam opinion.

Warren I. Jackson, Appellant Pro Se.  George Verner Hanna, III,
MOORE & VAN ALLEN, Charlotte, North Carolina; Andrew Bruce Cohen,
MOORE & VAN ALLEN, Durham, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his
employment discrimination action and denying his motion for recon-
sideration. We have reviewed the record and the district court's
opinions and find no reversible error. Accordingly, we affirm on
the reasoning of the district court. Jackson v. NCT Corp. & PFS
Corp., No. CA-95-175-7-F (E.D.N.C. Oct. 30 & Dec. 17, 1996). We
also deny Appellee's motion to dismiss and motion to strike docu-
ments. We dispense with oral argument because the facts and legal
contentions are adequately presented in the materials before the
court and argument would not aid the decisional process.

AFFIRMED

2